# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
FILED
MAR 1 5 2015
David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
**Ana Lilia MALDONADO**
A206 885 640
YOB: 1975
COC: United States

McAllen   Division

**CRIMINAL COMPLAINT**
Case Number: M-15- 0377-M

Name and Address of Defendant

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __March 14, 2015__ in __Starr__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law and brought the alien for the purpose of commercial advantage or private gain,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(2)(B)(ii)__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

## See Attachment A

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Signature of Complainant
**Juan R. Ciénega**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

Approved By: **K. Rees**

__March 15, 2015__   4:08   at   **McAllen, Texas**
Date                                          City and State
**Peter E. Ormsby**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer          Signature of Judicial Officer

# Attachment A

On March 14, 2015, the defendant, a United States citizen and driver of the vehicle, attempted to bring illegally into the United States at the Roma Port of Entry alien child H.G.F.R (male, 10 months old), a Mexican citizen, as a United States citizen. At primary, the defendant claimed the child as her grandson, that he was a United States citizen, and presented a Houston, Texas birth certificate bearing the name I.J. as proof. The defendant and the child were referred into secondary for further inspection.

In secondary, the defendant insisted the child was her grandson. During her inspection, another female (Dora Maria Cortes Ramirez) was referred into secondary, as she had a photo of the same child in her wallet. Further inspection revealed Cortes Ramirez was the true child's grandmother, as she was in possession of the child's birth certificate (verifying his place of birth as San Luis Potosi, Mexico) listing her as the paternal grandmother.

Upon being confronted with this information, the defendant admitted to have taken custody of the child from Cortes Ramirez in Miguel Aleman, Tamaulipas, Mexico. Further inspection revealed the defendant had traveled from Pasadena, Texas to Miguel Aleman the day before for the sole purpose of taking custody of the child and taking him to his parents in Pasadena. Once in Miguel Aleman, she met with the child's grandmother at the central plaza, took custody of the child, and proceeded to make entry into the United States through the Roma Port of Entry. She went on to admit to utilizing her grandson's birth certificate to bring the child into the United States illegally, and to knowing the child did not possess any legal documentation to enter the United States. For her services, the defendant had been provided with $300 dollars.

Once past the Falfurrias Border Patrol checkpoint, the defendant stated she was to turn the child over to Cortes Ramirez.

Database queries on the child revealed no legal status in the United States. Cortes Ramirez's visitor's visa was cancelled and she, along with her grandson, were returned to Mexico through the Roma Port of Entry.